IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARYL L. BURT,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Comm'r of Social Security;<br><br>        Defendant. | 8:13CV267<br><br>ORDER ON DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S BRIEF |

    The defendant, by an through her counsel, has filed Defendant's Motion for Extend Time to Respond to Plaintiff's Brief, ECF No. 16. The defendant requests an extension of 30 days in which to respond to the plaintiff's brief and states that the plaintiff's counsel has been contacted and has expressed no objection to the extension.

    IT THEREFORE IS ORDERED that:

    1.  the Defendant's Motion to Extend Time to Respond to Plaintiff's Brief, ECF No. 16, is granted;

    2.  the defendant shall have on or before February 21, 2014, in which to file and serve her response to the plaintiff's brief;

    3.  within one week after the defendant's answer brief is filed, the plaintiff may file and serve a reply brief ; and

    4.  the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

    Dated January 22, 2014.

    BY THE COURT

    _/s/ Warren K. Urbom_____

    Warren K. Urbom
    United States Senior District Judge